Real Estate-Land Title & Trust Company et al. *v.* Homer Building and Loan Association, Appellant.

Argued October 22, 1936.

Before KELLER, P. J., CUNNINGHAM, BALDRIGE, STADTFELD, PARKER, JAMES and RHODES, JJ.

20

*B. I. deYoung,* with him *B. Leon Brenner,* for appellant.

*Edward P. Loughran,* for appellee.

PER CURIAM, November 13, 1936:

The judgment is affirmed on the opinion of President Judge GORDON.